UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Shanor,                                                            Civil No. 12-494 (DWF/JJG)

          Plaintiff,

v.                                                                                                  **ORDER**

Hoffman, Inc.,

          Defendant.

_____

Alf E. Sivertson, Esq., and Marit M. Sivertson, Esq., Law Offices of Sivertson and Barrette, counsel for Plaintiff.

Kelsey J. Knowles, Esq., and Michael R. Reck, Esq., Belin McCormick PC; Ansis V. Viksnins, Esq., and Nancy S. Flury, Esq., Lindquist & Vennum PLLP, counsel for Defendant.

_____

This matter is before the Court on a Motion for Summary Judgment brought by Defendant Hoffman, Inc. (Doc. No. 26). At the hearing on this matter, the Court indicated that it would issue a short order prior to the parties' settlement conference, presently scheduled for April 17, 2013 before Magistrate Judge Jeanne J. Graham. (Doc. No. 46.) The Court also indicated that it would issue a full memorandum and opinion in the event that this matter does not settle. After a thorough review of the record, and having considered the arguments of the parties, the Court concludes that fact issues remain with respect to Plaintiff's claim for sex discrimination. The Court also observes,

however, that this was a close case, and that it would be in the best interests of the parties to seriously explore settlement.

## ORDER

Based upon the foregoing, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. [26]) is **DENIED**.

Dated:  March 25, 2013                    s/Donovan W. Frank
                                                                      DONOVAN W. FRANK
                                                                      United States District Judge